THE KARLIN LAW FIRM LLP
Michael J. Karlin (SBN 272442)
L. Scott Karlin (SBN 90605)
David E. Karlin (SBN 275905)
13522 Newport Avenue, Suite 201
Tustin, California  92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
mike@karlinlaw.com

Attorneys for Defendant: Capital TCC, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| James Rutherford,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAPITAL TCC, LP, a California limited partnership; and Does 1-20, inclusive,<br><br>    Defendants. | Case No. 5:20-cv-00128-JAK-KK<br><br>Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days<br>(L.R. 8-3)<br><br>Complaint served: January 28, 2020<br>Current response February 18, 2020<br>New response date: March 19, 2020 |
|---|---|

The following stipulation is entered into by and between Plaintiff, James Rutherford and Defendant Capital TCC, LP, a California limited partnership ("Parties"), by and through their respective counsel of record.  The Parties hereby enter into the following stipulation:

1. Plaintiff agrees to give Defendant an extension to respond to the Complaint.

2. The original due date for Defendant to respond to the Complaint was on February 18, 2020.

3. It is agreed and stipulated that the new due date will be March 19, 2020 for Defendant.

     Good cause exists for this extension as defense counsel has just been retained for this case and requires time to become knowledgeable about the case to prepare an initial pleading.

     Accordingly, the Parties stipulate to the above.

     IT IS SO STIPULATED.

DATED:  February 14, 2020       **MANNING LAW APC**

By: /s/ Joseph R. Manning, Jr.
    Joseph R. Manning, Jr. Esq.
    Attorney for Plaintiff, James Rutherford

DATED:  February 14, 2020       **THE KARLIN LAW FIRM LLP**

By: /s/ Michael J. Karlin
    Michael J. Karlin, Esq.
    Attorney for Defendant

I, Michael J. Karlin attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

    /s/ Michael J. Karlin
    Michael J. Karlin